EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS        #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00496-10 HG |
| Plaintiff, ) | |
| vs. ) | ORDER FOR DISMISSAL |
| KEITH STANCIL,       (10) ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant Keith Stancil ("Defendant Stancil") on the grounds that Defendant Stancil was charged and sentenced in an Information, Cr. No. 04-00412 HG.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Stancil in the Indictment for Cr. No. 03-00496 HG after sentencing.

Defendant Stancil was sentenced on June 23, 2005, to 60 months (60) months jail. Defendant Stancil is currently in custody.

DATED: Honolulu, Hawaii, July 5, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

**HELEN GILLMOR**
_____
UNITED STATES DISTRICT JUDGE

DATED: JUL 1 1 2005

United States v. Keith Stancil
Cr. No. 03-00496-10 HG
"Order for Dismissal"

2